PER CURIAM.

(No. 6226

ANESTHESIOLOGY ASSOCIATES OF ELGIN, S.C., Claimant, *vs.* STATE OF ILLINOIS, DIVISION of VOCATIONAL REHABILITATION, Respondent.

*Opinion filed December 13, 1972.*

ANESTHESIOLOGY ASSOCIATES OF ELGIN, S.C., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

160

PER CURIAM.